UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **Superseding Information**<br>CRIMINAL NO. 2:19cr00018KS-MTP |
| LOUIE REVETTE | 42 U.S.C. § 3631<br>18 U.S.C. § 844(h) |

**The United States Attorney Charges:**

COUNT 1

That on or about October 24, 2017, in Covington County in the Eastern Division of the Southern District of Mississippi, the defendant, **LOUIE REVETTE**, and others known to the United States, aided and abetted by one another, attempted to and did, by force and threat of force, willfully injure, intimidate, and interfere with African-American residents of the Keys Hill area of Seminary, Mississippi, including juvenile victim M.H., by the use and attempted use of fire, because of the race and color of the African American residents, including M.H., and because the African-American residents, including M.H., were occupying a dwelling in the Keys Hill area of Seminary, Mississippi.

All in violation of Title 42, United States Code, Section 3631(a), and Title 18, United States Code, Section 2.

COUNT 2

That on or about October 24, 2017, in Covington County in the Eastern Division of the Southern District of Mississippi, the defendant, **LOUIE REVETTE**, and others known to the United States, aided and abetted by one another, knowingly used fire to commit a felony prosecutable in a court of the United States, that is, Interference with Housing Rights, in

violation of Title 42, United States Code, Section 3631, as charged in Count One of the Information.

All in violation of Title 18, United States Code, Sections 844(h) and 2.

_____
D. MICHAEL HURST, JR.
United States Attorney

ERIC DREIBAND
Assistant Attorney General
United States Department of Justice
Civil Rights Division